

920 Dannon View SW
Suite 3202
Atlanta, Georgia 30331
PH (404) 855-NAME(6263) | FAX (404) 506-9051
EMAIL: paul@thepaulhowardlawfirm.com
WEBSITE: thepaulhowardlawfirm.com

October 18, 2023

The Honorable Judge William M. Ray II

RE: Drinks v. Cidnei M. Rucker and Felicia Clayton
United States District Court for The Northern District of Georgia Atlanta Division
Civil Action No.: 1:22-cv-00827-WMR
Scheduled date of Jury Trial: October 31, 2023, 9:00 AM
Date case initiated: February 25,2022

The Honorable Judge Sheryl B. Jolly

RE: State of Georgia v Damione Evans
Superior Court of Columbia County
Case No.: 2016CR0934
Scheduled date of Jury Trial: October 30, 2023, 9:00 A.M.
Date case initiated: September 8, 2016

Dear Judges, Ray II and Jolly,

    This letter is sent in order to notify judges, clerks and opposing counsel regarding a possible conflict in court proceedings scheduled for October 31, 2023. I am counsel for Defendant Damione Evans and Plaintiff Edward Drinks.

    There is a conflict in times for the hearings of these matters, and I hereby certify that no other counsel is available to represent any client in any case listed above.

    Unless otherwise notified, I will not appear for Drinks v. Rucker Et al. in the United States District Court Northern District of Georgia on October 31,2023 at 9:00 A.M. I will be in appearance for State of Georgia v. Damione Evans in the Superior Court of Columbia County. This case has been set for trial October 30, 2023, and the longevity of this trial will be two weeks.

    A copy of this notice has been sent to all counsel, clerks and judges involved.

Sincerely

Paul Howard, Jr.

The Paul Howard Law Firm
920 Dannon View SW
Suite 3202
Atlanta, Georgia 30331
paul@thepaulhowardlawfirm.com
(404) 855-6263

PH/vb

# IN THE UNITED STATES DRISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| EDWARD DRINKS )<br>    Plaintiff )<br>V. )<br> )<br> )<br>CIDNEI RUCKER AND )<br>FELICIA CLAYTON )<br>    Defendants ) | CIVIL ACTION FILE NO. :<br>1:22-CV-00827-WMR |

## **CERTIFICATE OF SERVICE**

This is to certify that I, PAUL HOWARD, JR. Attorney for the Plaintiff Edward Drinks, hereby certify that a true and correct copy of this **NOTICE OF CONFLICT** has been filed via the Court's electronic filing system and served upon the following parties via electronic mail.

Atty. Alonzo Nelson
P.O. Box 4599
Atlanta, GA 30302
nelslaw@bellsouth.net
(404) 222-0388

Respectfully submitted, this 18th day of October 2023.

                                                  Paul Howard, Jr.
                                                Georgia Bar No. 371088
                                                *Counsel for Plaintiff*

The Paul Howard Law Firm
920 Dannon View, SW
Suite 3202
Atlanta, Georgia 30331
(404) 855-6263
paul@thepaulhowardlawfirm.com