FILED IN OPEN COURT
U.S.D.C. - Atlanta

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MAR 27 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| EDWARD DRINKS,<br><br>Plaintiff,<br><br>v.<br><br>CIDNEI M. RUCKER and FELICIA CLAYTON,<br><br>Defendants. | CIVIL ACTION NO.<br>1:22-cv-00827-WMR |

## VERDICT FORM

***THE PLAINTIFF'S CLAIM FOR DECLARATORY JUDGMENT***

Do you find by a preponderance of the evidence that:

1. Did Mary Clayton lack the capacity to execute the beneficiary change because she lacked the capacity necessary to contract?

    Yes: _____    No: ___✓_____

    Continue to Question 2.

1

2. Did the Defendants forge Mary Clayton's signature on the beneficiary form?

   Yes:_____          No: ___✓_____

Continue to Question 3.

3. Did Mary Clayton execute the beneficiary change as a result of undue influence from the Defendants?

   Yes:_____          No: ___✓_____

If you answered **"Yes"** to any of Questions 1, 2, or 3, your verdict is in favor of the Plaintiff on his declaratory judgment claim.

If you answered **"No"** to each of Questions 1, 2, and 3, your verdict is in favor of the Defendants on the Plaintiff's declaratory judgment claim.

Regardless of your answers to Questions 1, 2, and 3, continue to Question 4.

## *THE PLAINTIFF'S CLAIM FOR INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS*

Do you find by a preponderance of the evidence that:

4. The Defendants committed intentional infliction of emotional distress on the Plaintiff?

   Yes:_____          No: ___✓_____

If you answered **"Yes"** to Question 4, your verdict is in favor of the Plaintiff on his intentional infliction of emotional distress claim. Please continue to Question 5. If you answered **"No"** to Question 4, your verdict is in favor of the Defendants on the Plaintiff's intentional infliction of emotional distress claim.

## *DAMAGES FOR INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS*

5. If you answered **"Yes"** to Question 4, what amount of damages is the Plaintiff entitled to recover for injuries he suffered to his peace, happiness, or feelings:

    (A)    **From Defendant Felicia Clayton?**    $_____.

    (B)    **From Defendant Cidnei M. Rucker?**    $_____.

## *THE PLAINTIFF'S CLAIM FOR BAD FAITH LITIGATION EXPENSES*

Continue to Question 6 only if you answered **"Yes"** to any of Questions 1, 2, 3, or 4.

6. Have the Defendants acted in bad faith, been stubbornly litigious, or caused the Plaintiff unnecessary trouble and expenses, such that the Plaintiff should be allowed to recover the expenses of litigation?

   **Yes:**_____     **No:** _____

   Continue to Question 7.

## *DAMAGES FOR BAD FAITH LITIGATION EXPENSES*

7. If you answered **"Yes"** to Question 6, what expenses of litigation is the Plaintiff entitled to recover:

    (A)   **From Defendant Felicia Clayton?**    $_____.

    (B)   **From Defendant Cidnei M. Rucker?**    $_____.

**SO SAY WE ALL.**

_____
Foreperson

3/27/24
(Date)