# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| EDWARD DRINKS,<br><br>Plaintiff,<br><br>v.<br><br>CIDNEI M. RUCKER and FELICIA CLAYTON,<br><br>Defendants. | CIVIL ACTION NO.<br>1:22-cv-00827-WMR |

## JUDGMENT ON JURY VERDICT

This action having come for trial before a jury and the Court, the Honorable William M. Ray, II, United States District Judge, presiding, and the jury having returned its verdict in favor of the Defendants on the Plaintiff's claims in this case, the Court hereby enters Judgment in favor of the Defendants. The Court so finds that Defendant Cidnei M. Rucker is entitled to the $90,624.44 in funds that were deposited into the Court by The Prudential Insurance Company of America, which is comprised of the death benefit of the policy insuring Mary Clayton's life plus applicable prejudgment interest. The $90,624.44 in funds shall be held in the registry

1

of the Court until resolution of any appeal from this Judgment, or if no appeal is filed, until the expiration of time to file an appeal.

**IT IS SO ORDERED**, this 29th day of March, 2024.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE