# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **EDWARD DRINKS,** )<br>)<br>   **Plaintiff,**  )<br>v.                                )<br>)<br>**CIDNEI M. RUCKER and** )<br>**FELICIA CLAYTON,**  )<br>)<br>   **Defendants.**  ) | **CIVIL ACTION FILE**<br><br>**NO.  1:22-CV-00827-WMR** |

## ORDER GRANTING  DEFENDANT'S MOTION TO DISBURSE FUNDS

**THIS MATTER** is before the Court on Cidnei Rucker's Motion to Disburse Funds.  The Court has reviewed the Motion and the record of the case finds that judgment was entered by the Court on a jury verdict in favor of Cidnei Rucker on March 29, 2024.  The Court further finds that no appeal has been taken from said judgment and that the time for such appeal has expired.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED that the clerk is authorized and directed to draw a check on the funds on deposit in the registry of this Court in the principal amount of $90,624.44 plus all accrued interest, minus any statutory users' fees, payable to Cidnei Rucker and mail or deliver the check to Alonzo Nelson, Attorney for Cidnei Rucker, without further delay.

SO ORDERED, this  29th  day of  May , 2024

By: _William M. Ray II_
William Ray, II, Judge
United States District Court
Norther District of Georgia

Prepared and Presented by:

/s/Alonzo Nelson
Alonzo Nelson
Attorney for Rucker & Clayton
Georgia Bar No. 537685
P. O. Box 4599
Atlanta, Georgia 30302
Phone: (404) 222-0388
Email: nelslaw@bellsouth.net

| TO THE COURT |
|---|
| It is hereby certified that rule 67 has been complied with and that there is on deposit in the Registry of this Court |
| $90,624.44 |
| plus interest of  $3,722.96 |
| as of  05/09/2024 |
| s/Peter Tran |
| Deputy Clerk
Financial Section |